NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 12a0431n.06

No. 11-3023

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

FILED

*Apr 19, 2012*

LEONARD GREEN, Clerk

SANDRA HODGES,

    Plaintiff-Appellant,

       v.

PSYCHIATRIC PROFESSIONAL SERVICES,
INC.; UNIVERSITY OF CINCINNATI,

    Defendants-Appellants.

On Appeal from the United
States District Court for the
Southern District of Ohio

---

**Before:**    **GUY, COLE, and ROGERS, Circuit Judges.**

    **PER CURIAM.**    Plaintiff Sandra Hodges appeals from summary judgment entered in favor of the University of Cincinnati and Psychiatric Professional Services, Inc., on her claims of employment discrimination on the basis of age and gender, as well as retaliation for taking FMLA leave and wrongful termination for consulting an attorney in violation of Ohio public policy. After de novo review of the record and consideration of the arguments presented on appeal, and having had the benefit of oral argument, we are convinced that there are no genuine issues of material fact for trial and that the district court did not err in its conclusions as to any of the issues raised on appeal. Because the district court's opinion clearly articulates the reasons for its decision, issuance of a detailed written opinion by this

court would be duplicative and would serve no useful purpose. Accordingly, for the reasons set forth in the district court's decision granting summary judgment to the defendants, the judgment of the district court is **AFFIRMED**.